**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

CHARLES T. DIEHL,          :   No. 46 EM 2023

          Petitioner        :

         v.                  :

PHILADELPHIA COUNTY CLERK OF   :
JUDICIAL RECORDS,          :

         Respondent       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of October, 2023, the "Amended Petition for Review of Governmental Action," treated as a Petition for Writ of Mandamus, and the "Application to Submit a Post-Submission Communication" are DENIED.